UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
UNITED STATES DISTRICT DIVISION

CASE NO.: _____

**GERHARD MAYER and GEMA TRUST, TRUSTEE: GERHARD MAYER**.,
    Plaintiffs,

vs.

**AMERICAN STRATEGIC INSURANCE CORP., a Florida corporation,**
    Defendant.
_____/

## COMPLAINT

**A.    The Parties**.

1. Plaintiffs, GERHARD MAYER and GEMA TRUST, TRUSTEE: GERHARD MAYER. ("Plaintiffs"), hereby sue Defendant, AMERICAN STRATEGIC INSURANCE CORP. ("Defendant"), and state the following:

2. This is an action for breach of an insurance contract and for damages that exceed $50,000.00, exclusive of interest, costs and fees.

3. Plaintiffs own the property located at 5729 COMPASS COURT, CAPE CORAL, FL 33914 (the "Property").

4. Plaintiffs are the insured and policy holder of GERHARD MAYER and GEMA TRUST, TRUSTEE: GERHARD MAYER. policy number 0FLD287720 (the "Policy").  *A true and correct copy of the Policy Declarations page as provided to Plaintiffs is attached hereto and incorporated herein as Exhibit A.*

5. Defendant is a Write-Your-Own ("WYO") Program carrier participating in the United States Government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended.

6. The Policy is a Standard Flood Insurance Policy ("SFIP") issued by Defendant in its capacity as a WYO Program carrier. The SFIP is a codified federal regulation found at 44 C.F.R. pt. 61, Appendix A(1). *A copy of the SFIP is attached hereto and incorporated herein as Exhibit B.*

7. Upon information and belief, Defendant is a Florida corporation doing business in Florida from a principal office located at 1 ASI Way N, St. Petersburg, FL 33702.

8. GERHARD MAYER and GEMA TRUST, TRUSTEE: GERHARD MAYER. bring this action against Defendant pursuant to the National Flood Insurance Act, 42 U.S.C. 4001, *et. seq.*, regulations promulgated thereunder, and federal common law for compensatory damages and breach of contract under the Policy.

**B.    Venue and Jurisdiction.**

9. Venue is proper in this Court pursuant to 42 U.S.C. §§ 4053 and 4072 and 44 C.F.R. § 62.22(a) because the Property is situated within the Middle District of Florida. Additionally, Plaintiff resides in this judicial district and the material actions or omissions giving rise to this suit occurred within this judicial district.

10. This Court has jurisdiction over Plaintiffs' claim pursuant to 28 U.S.C. 1331 and 42 U.S.C. §§ 4053 and 4072.

11. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have otherwise been satisfied.

C.  **General Allegations.**

12. At all times material hereto, in consideration of a premium paid by Plaintiffs, the Policy was in full force and effect.

13. On or about September 28th, 2022, Plaintiffs' Property was severely damaged by a flood, caused by Hurricane Ian.

14. Plaintiffs submitted a claim seeking coverage for the extensive damage sustained by the Property as well as damage to contents.

15. Plaintiffs claimed the full cost of repair or replacement to the building in the amount of $278,968.46 less the $1,250.00 deductible.

16. The Declarations page states that the Policy covers up to $250,000 in damages to the building.

17. Plaintiffs suffered damages to personal property (Contents) in the amount of $49,943.98 less the $2,000.00 deductible.

18. The Declarations page states that the Policy covers up to $57,000 in damages to personal property/contents.

19. However, Defendant largely denied Plaintiffs' claim, agreeing to pay a mere $151,118.54 for Coverage A (Building) and $20,987.86 for Coverage B (Contents) for the damage to the Property (the "Underpayment"). *The Underpayment Letter from Defendant is attached hereto and incorporated herein as Exhibit C.*

### COUNT I: BREACH OF CONTRACT

20. Plaintiffs reallege and incorporate paragraphs 1-19 in support of this count.

21. The Policy is a valid contract between Plaintiffs and Defendant.

22. Plaintiffs performed their obligations under the contract and have paid all premiums as required by the contract.

23. Under the Policy Defendant was obligated to pay the claims for damages to the building, which were covered by the Policy.

24. Defendant has refused to pay all but a small percentage of the amounts due under the Policy.

25. Defendant breached the contract by repudiating its obligations to Plaintiffs and denying the full benefits of the Policy.

26. As a result of Defendant's breach of the contract, Plaintiffs have suffered and continue to suffer damages.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter judgment in their favor and against Defendant for damages and any additional relief as permitted by law and as this Honorable Court deems appropriate.

## **COUNT II: FAILURE TO PAY VALID CLAIMS UNDER INSURANCE POLICY**

27. Plaintiffs realleges and incorporates paragraphs 1-19 and paragraphs 21-26 in support of this count.

28. Plaintiffs performed their obligations under the policy and have paid all premiums as required under the policy.

29. As a result of Defendant's failure to pay Plaintiffs' valid claims under the policy, Plaintiffs have suffered and continue to suffer damages.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter judgment in their favor and against Defendant for damages and any additional relief as permitted by law and as this Honorable Court deems appropriate.

## **DESIGNATION OF ATTORNEY E-MAIL ADDRESS**

The Professional Law Group, PLLC hereby designates the following email addresses for the purpose of service of all documents required to be served via email in this proceeding:

Primary email address:      yemileservice@theprolawgroup.com
Secondary email address:  yaragon@theprolawgroup.com

Dated: November 29, 2023.                    Respectfully submitted,

>  */s/ Yemil Aragon*
>  The Professional Law Group, PLLC
>  Yemil Aragon, Esq.
>  Florida Bar No. 110322
>  4600 Sheridan St., Suite 303
>  Hollywood, FL 33021
>  Tel.  (954) 284-0900
>  Fax.  (954) 284-0747
>  E-mail: yaragon@theprolawgroup.com
>  E-mail: yemileservice@theprolawgroup.com
>  *Attorneys for Plaintiffs, Gerhard Mayer and GeMa Trust, Trustee: Gerhard Mayer.*